UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>             Plaintiff(s), <br><br> vs. <br><br> SOMERSET PARK HOMEOWNERS ASSOCIATION, et al., <br><br>             Defendant(s). | Case No. 2:17-cv-01625-RFB-NJK <br><br> ORDER |

The deadlines to respond to the complaint have expired for Defendants Suzannah R. Noonan IRA, LLC and Nevada Association Services, Inc. *See* Docket Nos. 5, 7. Nonetheless, these Defendants have not responded to the complaint, nor have they sought any extension to do so. Accordingly, the Court hereby **ORDERS** Defendants Suzannah R. Noonan IRA, LLC and Nevada Association Services, Inc. to respond to the complaint by August 2, 2017. The Court further **ORDERS** Defendants Suzannah R. Noonan IRA, LLC and Nevada Association Services, Inc. to appear for the case-management conference for 10:00 a.m. on August 18, 2017, in Courtroom 3B.

Plaintiff shall serve a copy of this order on Defendants Suzannah R. Noonan IRA, LLC and Nevada Association Services, Inc., and shall file a proof of service by July 27, 2017.

IT IS SO ORDERED.

DATED: July 26, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge