MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.;<br><br>Plaintiff,<br>vs.<br><br>SOMERSET PARK HOMEOWNERS ASSOCIATION; SUZANNAH R. NOONAN IRA, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01625-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF BRIEFING DEADLINES RELATED TO DEFENDANT NOONAN'S MOTION TO DISMISS [ECF No. 15]**<br><br>[FIRST REQUEST] |

Plaintiff Bank of America, N.A. (**BANA**) and Defendant Suzannah R. Noonan IRA, LLC (**NOONAN**) stipulate as follows:

1. Noonan filed its motion to dismiss on August 2, 2017. [ECF No. 15]. BANA's reply is currently due on August 16, 2017.

2. The parties hereby stipulate and agree BANA shall have fourteen (14) additional days to file its response. The new deadline for BANA to file its response to Noonan's motion to dismiss shall be August 30, 2017. Good cause exists to extend the deadline, as the extension will allow BANA's counsel to more fully review the points and authorities raised in the motion.

…

…

1

3. The parties further agree and stipulate that Noonan shall have fourteen (14) additional days to file its reply. Given a response date of August 30, 2017, the normal reply deadline would fall on September 13, 2017. The parties agree that the new deadline for Noonan to file its reply in support of the motion shall be September 27, 2017. Good cause exists to extend the deadline to file a reply, as counsel for Noonan is scheduled to be in two trials in the weeks prior to the normal reply deadline, and will need additional time to fully review and respond to the points and authorities raised in the opposition. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated: August 16, 2017

**AKERMAN LLP**

*/s/ Jamie K. Combs, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff Bank of America, N.A.*

**LAW OFFICE OF MIKE BEEDE**

*/s/ Michael N. Beede, Esq.*
MICHAEL N. BEEDE, ESQ.
Nevada Bar No. 13068
2470 St. Rose parkway, Suite 201
Henderson, Nevada 89074

*Attorney for Defendant Suzanna R. Noonan IRA, LLC*

**ORDER**

**IT IS SO ORDERED:**



RICHARD F. BOULWARE, II
United States District Judge

DATED: August 22, 2017.

2
42628676;1
42628676;1