# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:17-cv-01625-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 24) |
| SOMERSET PARK HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to extend the deadline to amend the pleadings. Docket No. 24. At this stage, there is no indication that a motion to amend will be filed. Moreover, a party is permitted to file a motion to amend the pleadings after the deadline lapses, and can address at that time whether there is sufficient cause to extend that deadline. *See, e.g.*, *Zambrano v. Cardenas Markets, Inc.*, 2016 WL 7045710, at *1 (D. Nev. Dec. 2, 2016) (describing two-step process for seeking to amend the pleadings after expiration of the deadline).[1] Accordingly, the stipulation is **DENIED** as unnecessary.

IT IS SO ORDERED.

DATED: December 18, 2017

NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court expresses no opinion herein on any such motion to amend, including whether sufficient cause exists to modify the scheduling order.